IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


PRUDENCIA FRAY SAVAGE,

     Appellant,

 v.                                  Case No.  5D23-0058
                                     LT Case No. 2014-CA-0017


TRINETTE E. CHANDLER,

     Appellee.

_____/

Decision filed May 30, 2023

Appeal from the Circuit Court
for Clay County,
Don H. Lester, Judge.

Beth M. Terry, of Law Office of Beth
M. Terry, P.A., Jacksonville, for
Appellant.

Trinette E. Chandler, Orange Park,
pro se.

PER CURIAM.

     AFFIRMED.

SOUD, BOATWRIGHT and KILBANE, JJ., concur.